# Court of Appeals
# of the State of Georgia

ATLANTA,___June 24, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1935. HEATHER LEVANDOWSKI v. THE STATE.**

On January 8, 2016, Heather Levandowski was convicted of making an improper right turn and driving under the influence of alcohol per se and less safe. She filed a notice of appeal from those convictions on February 16, 2016. We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of the notice of appeal is an absolute requirement to confer appellate jurisdiction upon this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Levandowski's untimely notice of appeal was filed 39 days after entry of the order she seeks to appeal. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

Because Levandowski is represented by counsel, she is informed of the following in accordance with *Rowland v. State*, supra at 875-876 (2): This appeal has been dismissed because you failed to file a timely notice of appeal from your judgment of conviction. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Levandowski and to her attorney, and the latter also is directed to send a copy to Levandowski.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*_____06/24/2016_____
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*